**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01401-CR

**FRED ERNEST PERATTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2012-2-0636**

## ORDER

The State's July 21, 2014 Motion for Extension of Time to File State's Brief is

**GRANTED IN PART**. The State's Brief is **ORDERED** filed on or before August 8, 2014. If it

is not filed by August 8, 2014, the appeal will be decided without a brief from the State.


/s/     DAVID EVANS
          PRESIDING JUSTICE